UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MATTHEW GINSBERG,

                           Plaintiff,

       -against-

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
----------------------------------------------------------------X

For Online Publication Only

**ORDER**
20-CV-00207 (JMA)

FILED
CLERK
1/29/2021 5:22 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

      Before the Court is the <u>in forma pauperis</u> application filed by <u>pro se</u> plaintiff, Matthew Ginsberg ("plaintiff"). For the reasons that follow, the application to proceed <u>in forma pauperis</u> is denied without prejudice and with leave to renew upon completion of the AO 239 Long Form <u>in forma pauperis</u> application ("Long Form") attached to this Order. Alternatively, plaintiff may remit the $400.00 filing fee.

      Plaintiff reports that he is presently employed and earns $1,400/month, has no other sources of income, and has $50.00 in cash or in a checking or savings account. (<u>See</u> ECF No. 2, ¶¶ 2-4.) However, although plaintiff reports having no debts or financial obligations (<u>id.</u> ¶ 8), plaintiff's reported monthly expenses far exceed his reported monthly income and savings. (<u>Id.</u> ¶¶ 6-7.) Plaintiff reports regular monthly expenses in the total sum of $3,542. (<u>Id.</u>) Given that the responses provided by plaintiff raise more questions than they answer, plaintiff's application is denied without prejudice and with leave to renew upon completion of the long form application enclosed with this Order within twenty-one (21) days from the date of this Order. Alternatively, plaintiff may remit the $400.00 filing fee. Plaintiff is warned that a failure to timely comply with this Order may lead to the dismissal of the complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

**SO ORDERED**.

Dated:          January 29, 2021
                Central Islip, New York

                                                     _____/s/ (JMA)_____
                                                     JOAN M. AZRACK
                                                     UNITED STATES DISTRICT JUDGE